IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE:<br>WALTER RIDLEY<br>BARBARA RUTH RIDLEY<br>4662 CLARKSVILLE PIKE<br>NASHVILLE, TN 37218<br>SSN: xxx-xx-1774<br>SSN: xxx-xx-7221<br><br>Debtors. | Case No. 3:14-bk-05617<br><br>Chapter 13<br><br>Judge Charles M. Walker |

## EXPEDITED MOTION TO MODIFY PLAN TO UTILIZE INSURANCE PROCEEDS AND REQUEST FOR EXTENSION OF CREDIT

COME NOW the Debtors, by and through counsel, pursuant to 11 U.S.C. § 363 and would request that the Court enter an order allowing the Debtors to utilize insurance proceeds to use as a down payment for a replacement vehicle and request an extension of credit.

The Debtor's Chapter 13 proceeding was filed on July 15, 2014, and a plan was confirmed on September 08, 2014.

As grounds, the Debtors would state the following:

### I. EXPEDITED RELIEF REQUESTED

A. The Debtors' 2002 GMC Sierra was totaled in an auto accident.

B. The vehicle was insured at the time by Allstate Insurance, which is prepared to issue insurance proceeds in the amount of $4,106.66.

C. Electric Service Credit Union holds a lien on the Debtors' 2002 GMC Sierra. The Debtors seek permission to utilize the insurance proceeds to pay off the secured balance of Electric Service Credit Union which according to the records of the Chapter 13 Trustee is $2,075.70.

D. Debtor seeks a release of the lien of Electric Service Credit Union on the totaled vehicle as the claim has been paid in full

E. The Debtors seek permission to utilize the insurance proceeds to use as a down payment for a replacement vehicle free and clear of any liens of Electric Service Credit Union.

F. The Debtors would also seek permission to obtain an extension of credit to purchase a vehicle. The principal amount of the loan is not to exceed $12,000.00 at no more than 24% interest with a regular monthly payment not to exceed $350.00 monthly.

G. The Debtors' payments shall remain $1,400.00. An amended family monthly budget is attached hereto.

H. The Debtors attended the Money Management Workshop at the Chapter 13 Trustee's Office on September 16, 2016.

I. Flexer Law shall apply for additional fees by separate application to be added to the Debtors' Chapter 13 plan for time expended in connection with this matter.

## II. REASON FOR EXPEDITED RELIEF

J. The Debtors are in need of reliable transportation to ensure that Debtor-Wife can access medical care as she has health issues.

Respectfully submitted,

_/s/ James A. Flexer_
James A. Flexer, BPR #9447
Attorney for Debtors
Law Offices of James A. Flexer
1900 Church Street, Suite 400
Nashville, TN 37203
(615) 255-2893
fax: (615) 242 8849
cm-ecf@jamesflexerconsumerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 08, 2016, I furnished a true and correct copy of the foregoing to the following parties in interest:

| | |
|---|---|
| Henry E. Hildebrand, III<br>Chapter 13 Trustee<br>P.O. Box 340019<br>Nashville, TN 37203-0019 | Electronic |
| Sam Crocker, U.S. Trustee<br>318 Customs House, 701 Broadway<br>Nashville, TN 37203 | Electronic |
| WALTER RIDLEY<br>BARBARA RUTH RIDLEY<br>4662 CLARKSVILLE PIKE<br>NASHVILLE, TN 37218 | U.S. Mail First Class |
| Allstate Insurance<br>Attn: Claim Number 0434111852<br>3900 N. Causeway Blvd., Ste.<br>Metairie, LA 70002 | U.S. Mail First Class<br>Fax: 877-826-8414 |
| Electric Service Credit Union<br>Po Box 24117<br>Nashville, TN 37202-4117 | U.S. Mail First Class<br>Email: fdclaw@bellsouth.net |

5 notices have been served. I have mailed 3 notices, and faxed 1 notice.

                                       /s/ James A. Flexer
                                             James A. Flexer

IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: WALTER & BARBARA RIDLEY

CASE NO: 3:14-BK-05617
CHAPTER 13
JUDGE CHARLES M. WALKER

|  | OLD | NEW | INCOME | OLD | NEW |
|---|---|---|---|---|---|
| Date of Budget | 7/21/2015 | 11/8/2016 |  |  |  |
| **Rent/Mortgage Payment** |  |  | Debtor's net pay |  |  |
| **UTILITIES** |  |  | Spouse's net pay |  |  |
| Electric | $200.00 | $175.00 | Regular Other |  |  |
| Water | $65.00 | $65.00 | Income From Business |  |  |
| Heat | $25.00 | $25.00 | Support/Alimony |  |  |
| Home Phone | $75.00 | $75.00 | Pension |  |  |
| Home Maintenance |  |  | PENSION - H | $1,768.00 | $1,768.00 |
| Cable/Internet | $135.00 | $135.00 | *PENSION - W* | $1,155.00 | $1,155.00 |
| **Total Utilities** | **$500.00** | **$475.00** | SOCIAL SECURITY -W | $1,742.00 | $1,742.00 |
| **LIVING EXPENSES** |  |  | SOCIAL SECURITY - H | $506.00 | $506.00 |
| Food | $550.00 | $500.00 |  |  |  |
| Clothing | $200.00 | $100.00 | **TOTAL INCOME** | **$5,171.00** | **$5,171.00** |
| Laundry and Dry Cleaning |  |  | **Total Expenses** | **$3,771.00** | **$3,771.00** |
| Newspapers, Books, etc. | $49.00 | $24.00 |  |  |  |
| Medical and Dental | $350.00 | $350.00 | Plan Payment | $1,400.00 | $1,400.00 |
| Transportation | $350.00 | $200.00 | Total Expenses |  |  |
| **Total Living Expenses** | **$1,499.00** | **$1,174.00** | plus Plan Payment | $5,171.00 | $5,171.00 |
| **INSURANCE** |  |  |  |  |  |
| Auto | $125.00 | $125.00 | Difference: | $0.00 | $0.00 |
| Life | $95.00 | $95.00 |  |  |  |
| Home | $177.00 | $177.00 |  |  |  |
| Home & Auto |  |  | **DEPENDANTS** | 0 | 0 |
| **Total Insurance Expenses** | **$397.00** | **$397.00** |  |  |  |
| **OTHER** |  |  |  |  |  |
| HVAC BILL. | $150.00 | $150.00 |  |  |  |
| Homeowners Assn Fees |  |  | **Statement of Impact** |  |  |
| CHARITABLE CONTRIBUTION | $525.00 | $525.00 |  |  |  |
| Child support |  |  | Duration of Plan | 38 | 38 |
| New Car Payment (Ext. of Credit) |  | $350.00 | Dividend to U/S | 1% | 1% |
| HEALTH AIDE FOR WIFE | $365.00 | $365.00 |  | plus taxes | plus taxes |
| Haircuts/toiletries/cleaning s | $100.00 | $100.00 |  |  |  |
| Pet/vet expense |  |  | Change in treatment | NONE | NONE |
| *Real Estate Taxes* | $135.00 | $135.00 | to Secured Creditors |  |  |
| *HOME MAINTENANCE* | $100.00 | $100.00 |  |  |  |
| **Total Other Expenses** | **$1,375.00** | **$1,725.00** |  |  |  |
| **Total Monthly Expenses** | **$3,771.00** | **$3,771.00** |  |  |  |